# Third District Court of Appeal

## State of Florida

Opinion filed May 10, 2017.

————————

No. 3D16-2556
Lower Tribunal Nos. 13-28024, 14-11754 & 14-27811

————————

**Pierre Michel Darbouze,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Mary Pooler, Judge.

Pierre Michel Darbouze, in proper person.

Pamela Jo Bondi, Attorney General, and Eric J. Eves, Assistant Attorney General, for appellee.

Before LOGUE, SCALES and LUCK, JJ.

### *ON CONFESSION OF ERROR*

PER CURIAM.

Pierre Michel Darbouze appeals an order denying as untimely his motion for postconviction relief under Florida Rule of Criminal Procedure 3.850. Based on the record before us and the State's proper and commendable confession of error that his motion was timely because the trial court incorrectly calculated the date Darbouze's judgments and sentences became final, we reverse and remand for further proceedings.

Reversed and Remanded.